UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

KEITH DENNIS                                             CASE NO. 13-51665
                                                         CHAPTER 7
DEBTOR

WITHDRAWAL OF
DOCUMENT

Comes the Debtor, by counsel, and hereby withdraws Document #13, filed as Motion to Redeem with Kawasaki.

HAYDEN & BUTLER, PSC

 /s/ Ronald E. Butler
RONALD E. BUTLER
365 Waller Avenue, #100
Lexington, KY  40504
(859) 231-9292
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Withdrawal of Document has been served by emailing same to Hon. Dennis Ostrowski, Mapother & Mapother, 815 W. Market Street, #500, Louisville, KY  40202; Hon. James Rogan, Trustee, 345 S. Fourth Street, Danville, KY 40422; and U.S. Trustee, 100 E. Vine St., Ste. 500, Lexington, KY  40507, on this the 8th day of October, 2013.

HAYDEN & BUTLER, PSC

 /s/ Ronald E. Butler
RONALD E. BUTLER
365 Waller Avenue, #100
Lexington, KY  40504
(859) 231-9292
ATTORNEY FOR DEBTORS